AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

v.

NATHAN HAROLD JENKINS

**BILL OF COSTS**

Case Number: MISC. NO. 2:06MC3306-MEF

Judgment having been entered in the above-entitled action on __January 30, 2002__ against __Nathan Harold Henkins__
the Clerk is requested to tax the following as costs:

Fees of the Clerk .................................................................
Fees for service of summons and subpoena ............................................. $_____
Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case ........ _____
Fees and disbursements for printing ................................................... _____
Fees for witnesses (itemize on reverse side) ........................................... _____
Fees for exemplification and copies of papers necessarily obtained for use in this case ............ _____
Docket fees under 28 U.S.C. 1923 .................................................... _____
Costs as shown on Mandate of Court of Appeals ........................................ _____
Compensation of court-appointed experts .............................................. _____
Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ......... _____

Other costs (please itemize) . . .Notice, Application, Instructions, Writ - plus Documents 3 .......... $ 98.90

TOTAL $ 98.90

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: 3154 Norman Bridge Road, Montgomery, AL 36109.

Signature of Attorney : __/s/ R. Randolph Neeley__
Name of Attorney: R. Randolph Neeley, Assistant United States Attorney
For: The United States of America
     Name of Claiming Party                                              Date: _____

Costs are taxed in the amount of __$98.90__ _____ and included in the judgment.

Debra Hackett
Clerk of Court          By: _____[signature]_____
                              Deputy Clerk                            Date 6/23/06